No. 73–5498. Marroquin-Guerrero *v.* United States. C. A. 2d Cir. Certiorari denied.

No. 73–5532. Perrault *v.* United States. C. A. 7th Cir. Certiorari denied. ▮

No. 73–5537. Allen, aka Hammond, et al. *v.* United States. C. A. 4th Cir. Certiorari denied. ▮

No. 73–5557. Pedley *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 73–5559. Fallon *v.* United States. C. A. 5th Cir. Certiorari denied. ▮

No. 73–5560. White *v.* United States. C. A. 9th Cir. Certiorari denied. ▮

No. 73–5566. Muhammed *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 73–5570. Pauldino *v.* United States. C. A. 10th Cir. Certiorari denied.

No. 73–5571. McCall *v.* United States. C. A. 5th Cir. Certiorari denied. ▮

No. 73–5573. Fletcher *v.* United States. C. A. 10th Cir. Certiorari denied.

No. 73–5575. Shatz *v.* United States. C. A. 2d Cir. Certiorari denied.

No. 73–5577. Carter *v.* United States. C. A. 3d Cir. Certiorari denied.

No. 73–5580. Thomas *v.* United States. C. A. 2d Cir. Certiorari denied.